IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG<br><br>**This Order Relates To**<br>*Paraskevas Gyparakis v. 3M Company et al.,*<br>*No. 2:24-cv-01415-RMG* |

Plaintiff Paraskevas Gyparakis, proceeding *pro se*, brought this civil action for damages for personal injury resulting from exposure to aqueous film-forming foams ("AFFF") in the United States District Court for the Northern District of Ohio. (Dkt. No. 1 in case 2:24-cv-01415). Plaintiff paid the filing fee (Receipt No. 150616). (*Id.*)

The case was conditionally transferred to this Court by the Judicial Panel on Multidistrict Litigation because it appears the case involves questions of fact that are common to actions previously transferred to the AFFF MDL. (Dkt. No. 4732 in case 2:18-mn-02873; Dkt. No. 4 in case 2:24-cv-01415).

**TO PLAINTIFF:**

The Court cannot authorize service of the Complaint at this time, as you have not submitted a completed set of proposed service documents. Under General Order, *In Re: Procedures in Civil Actions Filed by Non-Prisoner Pro Se Litigants*, No. 3:07-mc-5015-JFA (D.S.C. Sept. 18, 2007), the Court is giving you **twenty-one days from the date this Order is entered, plus three days for mail time**, to **complete the summons form as instructed and return the form to the Clerk of Court.** In a document attached to the summons form, you must provide a complete name and a full address where each defendant can be served under Federal Rule of Civil Procedure 4 or an

1

agreed upon an alternative method of service. Alternative methods for service of process on Defendants in the MDL is addressed by Case Management Orders ("CMO") Nos. 6, 6.A, 6.B, 6.C, 6.D, 6.E, 6.F, and 6.G. For the summons form, you must provide the first listed defendant party's name and address on the document and attach pages which include the additional defendants' names. You must also provide your complete name and full address in the blank section following "plaintiff or plaintiff's attorney, whose name and address are." Handwritten information must be printed and legible. Do not write anything else on either the front or back of the summons or in the margins. **<u>A blank summons form is enclosed for your use</u>**.

**The Court cannot determine whether process should issue in this case until the items specified above have been reviewed by the assigned United States District Judge.**

**If you do not follow the instructions above within the time permitted by this Order, this case may be dismissed for failure to prosecute and failure to comply with an order of this Court under Rule 41 of the Federal Rules of Civil Procedure.**

You must place the civil action numbers listed above (No. 2:18-mn-2873-RMG and No. 2:24-cv-01415-RMG) on any document you provide the Court. **Any future filings in this case must be sent to the Court at P.O. Box 835, Charleston, South Carolina 29402.** All documents requiring your signature shall be signed with your full legal name written in your own handwriting. You must *not* use the "s/typed name" format used in the Electronic Case Filing System. In all future filings with this court, you must use letter-sized (8½ inches by 11 inches) paper only, write or type text on only one side of a sheet of paper, and not write or type on both sides of any sheet of paper. You must not write to the edge of the paper, but must instead leave one inch-margins on the top, bottom, and sides of each paper submitted.

You are ordered to always keep the Clerk of Court advised **in writing (P.O. Box 835, Charleston, South Carolina 29402)** if your address changes for any reason, so as to assure that orders or other matters that specify deadlines for you to meet will be received by you. If, as a result of your failure to comply with this Order, you fail to meet a deadline set by this court, **your case may be dismissed for violating this Order.** Therefore, if you have a change of address before this case is ended, you must comply with this Order by immediately advising the Clerk of Court in writing of such change of address and providing the court with the docket number of all pending cases you have filed with this court. Your failure to do so will not be excused by the court.

**TO THE CLERK OF COURT:**

The Clerk shall mail a copy of this Order, the proper form documents, and CMO Nos. 6, 6.A, 6.B, 6.C, 6.D, 6.E, 6.F, and 6.G. to Plaintiff. If Plaintiff fails to provide the items specified above to the Clerk within the period prescribed in this Order, the Clerk shall forward the file to the assigned United States District Judge to determine whether to enter an order of dismissal. *See In Re: Procedures in Civil Actions Filed by Non-Prisoner Pro Se Litigants*, No. 3:07-mc-5015-JFA (D.S.C. Sept. 18, 2007). If, however, Plaintiff provides the items specified above, the Clerk should forward the file to the assigned United States District Judge to determine if service of process should be authorized.

The Clerk shall not enter any change of address submitted by Plaintiff which directs that mail be sent to a person other than Plaintiff unless that person is an attorney admitted to practice before this Court who has entered a formal appearance.

                                                      _s/Richard Mark Gergel__
                                                      Richard Mark Gergel
                                                      United States District Judge

April 22, 2024
Charleston, South Carolina