# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG<br><br>**This Order Relates To**<br>*Paraskevas Gyparakis v. 3M Company et al.,*<br>No. 2:24-cv-01415-RMG |

Plaintiff Paraskevas Gyparakis, proceeding *pro se*, brings this civil action for damages for personal injury resulting from exposure to aqueous film-forming foams ("AFFF") in the United States District Court for the Northern District of Ohio. (Dkt. No. 1 in case 2:24-cv-01415). Plaintiff paid the filing fee (Receipt No. 150616). (*Id.*)

The case was conditionally transferred to this Court by the Judicial Panel on Multidistrict Litigation because it appears the case involves questions of fact that are common to actions previously transferred to the AFFF MDL. (Dkt. No. 4732 in case 2:18-mn-02873; Dkt. No. 4 in case 2:24-cv-01415).

## PAYMENT OF THE FILING FEE:

Plaintiff has paid the full filing fee (Receipt No. 200019719). (Dkt. No. 1).

## TO THE CLERK OF COURT:

The Clerk of Court is directed to issue the summons. The Clerk of Court shall calculate the 90-day period for service of process under Rule 4(m) of the Federal Rules of Civil Procedure from the date on which the summonses are issued. *Robinson v. Clipse*, 602 F.3d 605, 608–09 (4th Cir. 2010) (tolling during initial review).

The Clerk shall not enter any change of address submitted by Plaintiff which directs that mail be sent to a person other than Plaintiff unless that person is an attorney admitted to practice before this Court who has entered a formal appearance.

## TO THE PLAINTIFF:

**You are responsible for service of process under Rule 4 of the Federal Rules of Civil Procedure.** Your attention is directed to Rule 4(m), which provides that "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period." The time for service does not run during the initial review of this case; therefore, you have 90 days from the date on which the summons is issued to execute service.

Pursuant to Rule 5 of the Federal Rules of Civil Procedure, any documents filed subsequent to the initial pleading must be served on parties. Unless otherwise ordered, service of subsequently filed documents on a defendant represented by an attorney is made on the attorney. Service on attorneys who have made an appearance in this Court is effected by the court's Electronic Case Filing system through a computer generated notice of electronic filing. However, prior to Defendants' attorneys making an appearance in this Court, you must serve Defendants with any documents you file subsequent to the initial pleading and file a certificate of service that states who was served, what document was served, and how the document was served.

**Additionally, if Plaintiff wishes to take any further action in this lawsuit *pro se*, he must do so by filing the relevant information and/or documents in accordance with the local rules.** The Court clarifies here that the District of South Carolina's Local Civil Rules and

2

Electronic Case Filing Policies and Procedures provide that *pro se* **parties must use "the traditional filing method" and file <u>original paper documents</u> by either mailing the documents to the Court or by personally delivering the filings to the courthouse**. *See* Local Civil Rule 5.02(B); Electronic Case Filing Policies and Procedures.[1] In other words, Plaintiff may not take action in the instant case by emailing the Court, and the Court will not entertain any further electronic communications from Plaintiff in relation to this case.

**<u>TO THE DEFENDANTS:</u>**

Defendants are directed to file an answer to the Complaint, or to otherwise plead, within the time established under the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

                                                          s/Richard Mark Gergel
                                                          Richard Mark Gergel
                                                          United States District Judge

May 6, 2024
Charleston, South Carolina

Plaintiff's attention is directed to the **important warning** on the next page.

---

[1] http://www.scd.uscourts.gov/AttorneyResourceManuals/ECF/ECF_Policy_and_Procedures.pdf.

# IMPORTANT INFORMATION . . . PLEASE READ CAREFULLY

# WARNING TO *PRO SE* PARTY OR NONPARTY FILERS

All documents that you file with the court will be available to the public on the internet through PACER (Public Access to Court Electronic Records) and the court's Electronic Case Filing System.  **CERTAIN <u>PERSONAL IDENTIFYING INFORMATION</u> SHOULD NOT BE INCLUDED IN OR SHOULD BE REMOVED FROM ALL DOCUMENTS <u>BEFORE</u> YOU SUBMIT THE DOCUMENTS TO THE COURT FOR FILING.**

Federal Rule of Civil Procedure 5.2 provides for privacy protection of electronic or paper filings made with the court.  Rule 5.2 applies to **all** documents submitted for filing, including pleadings, exhibits to pleadings, discovery responses, and any other document submitted by any party or nonparty for filing.  Unless otherwise ordered by the court, a party or nonparty filer should not put certain types of an individual's personal identifying information in documents submitted for filing to any United States District Court.  If it is necessary to file a document that already contains personal identifying information, the personal identifying information should be "**blacked out**" or **redacted** prior to submitting the document to the Clerk of Court for filing.  A person filing any document containing their own personal identifying information **waives** the protection of Rule 5.2(a) by filing the information without redaction and not under seal.

1. Personal information protected by Rule 5.2(a):

    **(a) Social Security and Taxpayer Identification Numbers.**  If an individual's Social Security number or a taxpayer identification number must be included in a document, the filer may include only the last four digits of that number.
    **(b) Names of Minor Children.**  If the involvement of a minor child must be mentioned, the filer may include only the initials of that child.
    **(c) Dates of Birth.**  If an individual's date of birth must be included in a document, the filer may include only the year of birth.
    **(d) Financial Account Numbers.**  If financial account numbers are relevant, the filer may include only the last four digits of these numbers.

2.  Protection of other sensitive personal information—such as driver's license numbers and alien registration numbers—may be sought under Rule 5.2(d) (Filings Made Under Seal) and (e) (Protective Orders).